## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MITCHELL H. FEINBERG** | **CIVIL ACTION** |
| **VERSUS** | **NO.  13-600** |
| **UNITED STATES GOVERNMENT** | **SECTION "G" (3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the lack of any objections thereto, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.  Accordingly,

**IT IS ORDERED** that plaintiff Mitchell H. Feinberg's complaint is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this  3rd   day _____July_____, 2013.


_Nannette Jolivette Brown_
**UNITED STATES DISTRICT JUDGE**